# CRIMINAL COMPLAINT    SEALED

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Cristian Alejandro GUTIERREZ<br>YOB: 1997; United States Citizen | DOCKET NO.<br>25-09692MJ<br><br>MAGISTRATE'S CASE NO. |

**Complaint for violation of:** Title 21, United States Code, Sections 841(b)(1)(C) and 846.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about October 16, 2025, in the District of Arizona, **Cristian Alejandro GUTIERREZ,** named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 11, 2025, at or near Yuma, Arizona, in the District of Arizona, Cristian Alejandro GUTIERREZ, coordinated, negotiated a cocaine sale via WhatsApp using a Mexican phone number and then delivered powder cocaine to an undercover officer (UC1). During this transaction, GUTIERREZ exchanged slightly less than 5 ounces (130.2 grams) of a white powdery substance for $3,000.00 in United States currency. This amount was less than what was originally negotiated for between GUTIERREZ and UC1. The suspected cocaine was sent to the Arizona Department of Public Safety laboratory, and the test results revealed the narcotics tested positive for cocaine, a Schedule II controlled substance.

On October 16, 2025, at or near San Luis, Arizona, an undercover agent (UC2) was in direct communication with the same Mexican phone number as the September 11, 2025, event. During the October 16, 2025, event, GUTIERREZ sought to make up for the earlier short sale, communicated with the undercover directly and coordinated the transaction utilizing a courier this time who would ultimately deliver and complete the exchange of 8 ounces (224 grams) of cocaine for the negotiated price of $3,000.00 in United States currency. The white powdery substance given to the undercover agent by the courier was sent to the Arizona Department of Public Safety laboratory, and the test results revealed the narcotics tested positive for cocaine, a Schedule II controlled substance. Cristian Alejandro GUTIERREZ is currently on federal pretrial release in case CR23-1456-TUC-JCH for his involvement in an August 23, 2023, thwarted attempt to purchase and traffic firearms out of the United States and into the country of Mexico. On August 5, 2025, GUTIERREZ entered a plea of guilty to Count 2 of that Indictment, Attempted Smuggling of Goods out of the United States, in violation of Title 18, United States Code, Section 554 (a) and is presently scheduled for sentencing on January 7, 2026.

Continued on Page 2

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.*<br><br>Subscribed to and sworn before me telephonically. | SIGNATURE OF COMPLAINANT<br>JOSEPH J MILLIK  *Digitally signed by JOSEPH J MILLIK*<br>  *Date: 2025.11.21 15:57:16 -07'00'*<br><br>OFFICIAL TITLE & NAME:<br>HSI Special Agent Joseph Millik |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *[signature]* | DATE<br>11/21/2025 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA David P. Petermann

cc: USM (2cc), AUSA, PTS

9/11/2025 – Cocaine Sale to UC Officer.

9/11/2025 – Gutierrez at agreed upon sale location.


